**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MARIO RENE CUEVAS,**
**A# 237-067-456,**

***Petitioner*,**

**v.** **Case No.: 5:26cv291-MW/MAF**

**TODD BLANCHE, et al.,**

***Respondents*.**
_______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The motion to dismiss, ECF No. 11, is **GRANTED**. The Clerk shall enter judgment stating, "This case is **DISMISSED as moot** because Petitioner was removed from the United States." The Clerk shall close the file.

**SO ORDERED on November 13, 2026.**

**s/Mark E. Walker**
**United States District Judge**